# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 182

In the Interest of K.J., minor child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| K.J., child, W.J., father, | Respondents |
| and | |
| C.D., mother, | Respondent and Appellant |

### No. 20230290

In the Interest of K.J., minor child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| K.J., child, W.J., father, | Respondents |
| and | |
| C.D., mother, | Respondent and Appellant |

### No. 20230291

Appeal from the Juvenile Court of Ward County, North Central Judicial District, the Honorable Kelly A. Dillon, Judicial Referee.

AFFIRMED.

Per Curiam.

Rozanna C. Larson, State's Attorney, Minot, ND, for petitioner and appellee; submitted on brief.

Kyle R. Craig, Minot, ND, for respondent and appellant; submitted on brief.

**Interest of K.J. and K.J.**
**Nos. 20230290-20230291**

**Per Curiam.**

[¶1]   C.D. appeals from a juvenile court order terminating her parental rights to K.J. and K.J. She argues the court abused its discretion by terminating her parental rights, challenging the court's finding the conditions and causes of the need for protection are likely to continue.

[¶2]   The juvenile court found K.J. and K.J. to be children in need of protection and concluded they had been in the human service zone's care, custody, and control for at least 450 out of the previous 660 nights. N.D.C.C. § 27-20.3-20(1)(c)(2). C.D. does not challenge these findings. *See Interest of B.R.*, 2023 ND 137, ¶ 2, 993 N.W.2d 509 ("Because the court may terminate parental rights under N.D.C.C. § 27-20.3-20(1)(b), we need not determine whether the court erred in finding the conditions and causes of the need for protection are likely to continue under N.D.C.C. § 27-20.3-20(1)(c)(1)."). We conclude the juvenile court did not abuse its discretion by terminating the parental rights of C.D. We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶3]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr

1